437 A.2d 1018

Commonwealth v. Devore, Appellant.

Argued September 11, 1980.  Gary P. Heslin, for appellant;  Sarah Van den Braak, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.

437 A.2d 1019

Commonwealth v. Johnson, Appellant.

Submitted December 5, 1980.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.